No. 92–1602. BREWER ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–1606. WILSON ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1611. ATRAQCHI ET VIR *v.* UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 92–1615. SPAWR OPTICAL RESEARCH, INC., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1623. BECKFORD ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–1624. OZUNA RAMIREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–1626. FORD ET UX. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1627. HEFTI ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 92–1631. MALBON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–1641. LITVIN *v.* ST. LUCIE COUNTY SHERIFF'S DEPARTMENT ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 92–1651. ALTMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1667. JACKSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–1669. HARROD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–1676. KAUFMANN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.